# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE RAYMOND VOSS, | |
| Petitioner, | 2:12-cv-00854-KJD-GWF |
| vs. | **ORDER** |
| D. W. NEVEN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, respondents seek additional time to file their answer to the remaining claims in the petition (ECF Nos. 23 and 25). Good causing appearing, the request is **GRANTED.** The answer to the remaining claims shall be filed no later than June 24, 2013.

**IT IS SO ORDERED**.

Dated this 31st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE