FILED

NOV 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS


UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSE RAYMOND VOSS, | No. 16-16794 |
| Petitioner-Appellant, | D.C. No. 2:12-cv-00854-KJD-GWF<br>District of Nevada,<br>Las Vegas |
| v. | |
| D. W. NEVEN; ATTORNEY GENERAL OF THE STATE OF NEVADA, | ORDER |
| Respondents-Appellees. | |

Before:    SILVERMAN and IKUTA, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**